IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| VICKI BAHNER § | |
| § | |
| VS. § | CIVIL ACTION NO.4:07-CV-350-Y |
| § | |
| CHASE BANK USA, N.A., ET AL. § | |

## FINAL JUDGMENT

On April 3, 2008, the Court issued an order granting defendant Chase Bank USA, N.A.'s ("Chase") motion to confirm its arbitration award and dismissing plaintiff Vicki Bahner's complaint against Chase and Mann Bracken, LLC ("Mann Bracken"), with prejudice for want of prosecution. Since there are no issues remaining for adjudication, this matter is ripe for the entry of this final judgment. It is therefore,

ORDERED, ADJUDGED AND DECREED that the arbitration award in favor of Chase against Vicki Bahner dated June 30, 2006, in the amount of $20,442.03 is hereby confirmed under the Federal Arbitration Act, 9 U.S.C. §§ 9 and 13 and that Chase have judgment against Vicki Bahner in the amount of $20,442.03.

Further, Vicki Bahner's complaint against Chase and Mann Bracken is HEREBY DISMISSED WITH PREJUDICE.

Further, all costs under 28 U.S.C. § 1920 are taxed against Vicki Bahner.

Further, postjudgment interest shall accrue on the judgment and cost awarded at a rate of 1.88% from the date this judgment is entered on the docket until paid.  See 28 U.S.C. § 1961.

Finally, if Chase and Mann Bracken wish to pursue their claims for attorneys' fees, a motion must be filed in the time allotted under Federal Rule of Civil Procedure 54(d).

SIGNED April 29, 2008.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE